# AFFIDAVIT OF SERVICE

| Case: 4:24-CV-00595 | Court: UNITED STATES DISTRICT FOR THE EASTERN DISTRICT OF TEXAS | County: | Job: 11347857 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Lightbeam Lending, Inc | | **Defendant / Respondent:** Clean Energy Associates, LLC | |
| **Received by:** Delaware Detective Group, LLC | | **For:** Paronich Law PC | |
| **To be served upon:** Clean Energy Associates, LLC c/o Corporation Service Company | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Lynanne Gares, Corporate: 251 Little Falls Drive, Wilmington, DE 19808
**Manner of Service:** Registered Agent, Jul 2, 2024, 10:05 am EDT
**Documents:** Summons in a Civil Action, Jury Trial Demanded

**Additional Comments:**
1) Successful Attempt: Jul 2, 2024, 10:05 am EDT at Corporate: 251 Little Falls Drive, Wilmington, DE 19808 received by Lynanne Gares. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown; Relationship: Litigation Specialist Service Leader;

Stephen Kempski     Date 7/2/24

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown, DE 19709
302-373-3678

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public: Delia Kempski
Date: 7/2/24     Commission Expires: Feb 3, 2026

[Notary Seal: DELIA KEMPSKI, MY COMMISSION EXPIRES FEB. 03, 2026, NOTARY PUBLIC, STATE OF DELAWARE]