IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LIGHTBEAM LENDING INC. AND CLEAN ENERGY ASSOCIATES, LLC <br><br> Defendants. | Case No. 4:24-cv-00595 <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT CLEAN ENERGY ASSOCIATES LLC**

TO THE PROTHONOTARY:

Kindly mark this action as voluntarily dismissed, discontinued, and ended without prejudice, only as against Defendant Clean Energy Associates, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, upon payment of your costs, only.

For the avoidance of doubt, the Plaintiff continues to assert claims against Defendant Lightbeam Lending, Inc., and such claims are not to be dismissed by this filing. *Williams v. Seidenbach*, 958 F.3d 341, 345 (5th Cir. 2020) ("Our circuit precedents interpret "action" to cover individual defendants—thus allowing plaintiffs, like the Williamses, to use Rule 41(a) to dismiss individual defendants.").

RESPECTFULLY SUBMITTED AND DATED this July 11, 2024.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com