# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| **KELLY BLAND** <br><br> *Plaintiff* <br><br> v. <br><br> **LIGHTBEAM LENDING INC and CLEAN ENERGY ASSOCIATES LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:24-cv-00595 |

## AFFIDAVIT OF SERVICE

I, Heather Mckenzie, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 1, 2024, at 12:35 pm. I delivered these documents to LIGHTBEAM LENDING INC in Collin County, TX on July 2, 2024 at 1:07 pm at 10601 Clarence Drive, suite 250, Frisco, TX 75033 by leaving the following documents with Ebony C who as Account Representative at UNITED STATES CORPORATION AGENTS, INC. is authorized by appointment or by law to receive service of process for LIGHTBEAM LENDING INC.

Summons and PLAINTIFF'S CLASS ACTION COMPLAINT

White Male, est. age Unknown, glasses: N, Black hair, Unknown, Unknown.
Geolocation of Serve: https://google.com/maps?q=33.1657340958,-96.8233983075
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Heather Mckenzie, my date of birth is 5/16/1984, and my address is 8083 Stonebrook Pkwy, Apt. 812, Frisco, TX 75034, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Dallas County_____,

_TX_____ on _7/3/2024_____.

/s/ *Heather Mckenzie*
_____
Heather Mckenzie
+1 (972) 571-0990
Certification Number: PSC-12162
Expiration Date: 7/31/2025

