IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>LIGHTBEAM LENDING INC. AND CLEAN ENERGY ASSOCIATES, LLC<br><br>Defendants. | Case No. 4:24-cv-00595<br><br>**JURY TRIAL DEMANDED** |

### RESPONSE TO NOTICE OF IMPENDING DISMISSAL

COMES NOW Plaintiff Kelly Bland, by and through the undersigned counsel, and hereby respectfully files this response to the Court's Notice of Impending Dismissal (ECF No. 6). In response thereto, the Plaintiff avers that Defendant Lightbeam Lending Inc., was properly served while the summons was still active and within the provisions of Rule 4(m). As the Defendant has filed to respond, the Plaintiff filed a Motion for Clerk's Entry of Default today. (ECF 8). When the default is entered, the Plaintiff intends to proceed accordingly and may file an Amended Complaint naming Lightbeam's owner personally. Plaintiff respectfully requests that this case not be dismissed as to Lightbeam Lending, as it was properly served, but is in default.

### CONCLUSION

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Court allow this case to remain open and not dismiss it for failure to prosecure.

RESPECTFULLY SUBMITTED AND DATED this January 13, 2025.

                                              */s/ Andrew Roman Perrong*
                                              Andrew Roman Perrong, Esq.
                                              Perrong Law LLC
                                              2657 Mount Carmel Avenue

2

Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and proposed class*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

I further certify that I mailed a copy of the foregoing to:

Lightbeam Lending Inc.
c/o: Sameer Sethi
427 Walnut Dr.
Murphy, TX 75094
Tracking Number: 00310903331480001206

Dated: January 13, 2025

                                           Respectfully submitted,
                                           */s/ Andrew Roman Perrong*
                                           Andrew Roman Perrong, Esq.