# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# NOTICE OF CLERK'S DEFAULT NOT ENTERED

**STYLE OF CASE:** Bland v. Lightbeam Lending Inc., et al.

**CASE NUMBER:** 4:24-cv-00595-ALM

The clerk cannot enter the default as requested in the above listed case for the following reason(s):

**CLERK'S ENTRY OF DEFAULT**
- [✔] Affidavit not received
- [ ] Defendant is an infant (under age 21)
- [ ] Defendant is an incompetent person
- [ ] Defendant is in the military or was six months prior to filing of the complaint
- [ ] Defendant has answered or filed a responsive pleading
- [ ] Answer or responsive pleading was filed; however, was filed late
- [ ] Defendant was not properly served
- [ ] Time to answer has not expired
- [ ] Defendant is the USA
- [ ] Other - _____

**DEFAULT JUDGMENT**
- [ ] Affidavit not received
- [ ] Defendant is an infant (under age 21)
- [ ] Defendant is an incompetent person
- [ ] Defendant is in the military or was six months prior to filing of the complaint
- [ ] Defendant has answered or filed a responsive pleading
- [ ] Answer or responsive pleading was filed; however, was filed late
- [ ] Defendant was not properly served
- [ ] Time to answer has not expired
- [ ] Defendant is the USA
- [ ] Plaintiff's claim is not for a sum certain
- [ ] Amount due is different in kind or exceeds amount prayed for
- [ ] Does not dispose of all parties in the case
- [ ] Other - _____

David A. O'Toole, Clerk

cc: Presiding Judge        Deputy Clerk _J. Michelle Baxter_
    Defendant