# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, | Case No. 4:24-cv-00595 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| LIGHTBEAM LENDING INC. AND CLEAN ENERGY ASSOCIATES, LLC | |
| Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Kelly Bland, by her undersigned counsel, hereby voluntarily dismisses this action, without prejudice, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this January 20, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: January 20, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.